# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129292

STURGEON BEACH PROPERTY OWNERS
ASSOCIATION, STEVEN SCHADA, KAREN
SCHADA, SCOTT SCHADA, MARTHA
SILICH, and THE AVONELLE W. STRIEFF
TRUST,
      Plaintiffs/Counter-Defendants-
      Appellants,

v

ALAN GULL and ANN MARIE GULL,
      Defendants/Counter-Plaintiffs/
      Third-Party Plaintiffs-Appellees.

SC: 129292
COA: 253878
Berrien CC: 02-003616-CH

_____/

      On order of the Court, the application for leave to appeal the July 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                                 
                                              Clerk

p1219